IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TINA DURON,

    Plaintiff,

v.                                                                                      Civil Action No. 3:05CV112
                                                                                          (JUDGE BAILEY)
UNITED STATES DEPARTMENT
OF AGRICULTURE,

    Defendant.

## **ORDER SETTING STATUS CONFERENCE**

A status conference by telephone shall be held **Wednesday, January 30, 2008, at 2:00 p.m.**, in the Magistrate Judge Courtroom, Room 433, United States Courthouse, Twelfth and Chapline Streets, Wheeling, West Virginia. Counsel for Defendant shall set up the conference call.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

IT IS SO ORDERED.

DATED: January 4, 2008

                                                                     /s/ James E. Seibert
                                                                     JAMES E. SEIBERT
                                                                     UNITED STATES MAGISTRATE JUDGE